# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

147383

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BILLIE WILLIAMS, KEN WILLIAMS, and
JERRY VORVA,
      Plaintiffs-Appellees,

and

AMERICAN FAMILY HOMES, INC.,
THOMAS PROSE, and MARIA PROSE,
      Intervening Plaintiffs-Appellants,

v

GLENNBROOK BEACH ASSOCIATION,
      Defendant-Appellee.

SC: 147383
COA: 301490
Washtenaw CC: 07-000938-CZ

_____/

      On order of the Court, the application for leave to appeal the May 28, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



t1021

Clerk